IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NICHOLAS JOHNSON,**                                    10-CV-6072-BR

      **Plaintiff,**                                    **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Opinion and Order (#17) issued April 18, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 13th day of June, 2011.

                                                /s/ Anna J. Brown

                                                ANNA J. BROWN
                                                United States District Judge

1 - JUDGMENT